MORRIS BURG ET AL., PROSECUTORS, v. BOARD OF AD-
JUSTMENT OF THE CITY OF PASSAIC ET AL., RE-
SPONDENTS.

Submitted May term, 1928—Decided July 27, 1928.

Before Justices MINTURN, BLACK and CAMPBELL.

For the prosecutors, *Andrew J. Foulds, Jr.*

For the respondents, *Joseph J. Weinberger.*

PER CURIAM.

The judgment and proceedings under review are affirmed
and the writ of *certiorari* dismissed under authority of *Bello-
fatto et al.* v. *Montclair,* 6 *N. J. Mis. R.* 512.